JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-359-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| CRUZ ALCOCER-MEJIA, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the undersigned on the motion of Cruz Alcocer-Mejia to file Defendant's Sentencing Memorandum under seal, and the Court finding there are compelling reasons to permit the filing of the document under seal;

IT IS HEREBY ORDERED that Cruz Alcocer-Mejia shall be permitted to file Defendant's Sentencing Memorandum under seal.

DATED this 23rd day of April, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Peter J. Avenia
WSBA No. 20794
Attorney for Cruz Alcocer-Mejia
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Peter_Avenia@fd.org

ORDER TO SEAL DOCUMENT
(Cruz Alcocer-Mejia; CR07-359-RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**